**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON**

**CRIMINAL ACTION NO. 06-65-DLB-EBA**

**UNITED STATES OF AMERICA**                                                            **PLAINTIFF**

**vs.**                                              **<u>ORDER</u>**

**MELVIN JARVIS**                                                              **DEFENDANT**

\*   \*   \*   \*   \*   \*   \*

This matter is before the Court upon the Report and Recommendation (R&R) of the United States Magistrate Judge (Doc. # 127), and upon Defendant's Motion for Leave to Appeal In Forma Pauperis (Doc. # 128). The R&R recommends that the Court deny Defendant's Motion for Extension of Time to File Notice of Appeal (Doc. # 126). No objections having been filed and the time to do so having now expired, the R&R is ripe for the Court's consideration. Having reviewed the R&R, the Court concludes that it is sound in all respects and the Court will adopt it. Because this will effectively foreclose Defendant's right to appeal, the Court will also deny Defendant's Motion for Leave to Appeal In Forma Pauperis (Doc. # 128) as moot.

**IT IS ORDERED** as follows:

(1) The Magistrate Judge's Report and Recommendation (Doc. # 127) is hereby **ADOPTED** as the opinion of the Court;

(2) Defendant's Motion for Extension of Time to File Notice of Appeal (Doc. # 126) is hereby **DENIED**; and

1

(3) Defendant's Motion for Leave to Appeal In Forma Pauperis (Doc. # 128) is hereby **DENIED** as moot.

This 12th day of June, 2013.



Signed By:
David L. Bunning
United States District Judge

G:\DATA\ORDERS\Covington Criminal\2006\06-65 Order adopting R&R.wpd